UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO:  CV-

| | | |
|---|---|---|
| SUE HARPER, an individual | ) | |
| Plaintiff | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| GENPACT SERVICES, LLC, | ) | |
| Defendant | ) | |
| | ) | |

## COMPLAINT

## I.      PRELIMINARY STATEMENT

1.      This action arises out of illegal acts and omissions of the above-named defendant, who used false, deceptive, misleading, unfair, abusive, and oppressive practices and means in conjunction with attempts to collect an alleged debt or debts and thereby violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p ("FDCPA") and the Pennsylvania Fair Credit Extension Uniformity Act, 73 P.S. §§ 2270.1-2270.6 ("FCEUA"), and Unfair Trade Practices and Consumer Protection Law, 73 P.S. §§ 201-1 to 201-9.3 ("UTPCPL").  Plaintiff seeks actual damages, statutory damages, treble damages, costs, and attorney's fees.

## II. JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 *et seq* (hereinafter "FDCPA"), Pennsylvania Fair Credit Extension Uniformity Act, 73 Pa.C.S. 2270.1 *et seq* (hereinafter "FCEUA") and Pennsylvania Unfair Trade Consumer Protection Law, 72 Pa.C.S 201-1, *et seq* (hereinafter "UTCPL"), which prohibit debt collectors from engaging in abusive, false, deceptive, misleading and unfair practices.

3.     Venue is proper in this District because the acts and transactions occurred here and Plaintiff resides within this district.

### III. PARTIES

4.     Plaintiff, Sue Harper ("Plaintiff"), is a natural person whose residence is located at 229 Independent Court, Collegeville, PA 19426 and is a "consumer" as that term is defined by 15 U.S.C. section 1692a(3).

5.     Defendant, Genpact Services, LLC ("Defendant") is, a New York company located at 10 East 40th Street, 10th Floor, New York, New York 10016 and a corporation organized under the laws of the State of Delaware, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6) and FCEUA, 73 P.S. § 2270.3 and, at all times relevant herein, acted by and through its owners, managers, officer, shareholders, authorized representatives, partners, employees, agents and/or workmen.

6.     Defendant, at all times relevant hereto, were persons who used an instrumentality of interstate commerce or the mails in a business, the principal purpose of which was the collection of debts, who regularly collected or attempted to collect, directly or indirectly, debts owed or due asserted to be owed or due another, and/or who, in the process of collecting its own debts, used a name other than its own which would indicate that a third person was collecting or attempting to collect such debts.

### IV. FACTUAL ALLEGATIONS

7.     Plaintiff allegedly incurred a financial obligation from Lowe's that was primarily for family, personal or household purposes, and which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

8.     Between March 16, 2010 and May 10, 2010, Defendant made 189 telephone calls from a telephone number of 513-878-4926 to Plaintiff on both her cell phone and her land-line. See Plaintiff's phone logs and excerpts from Plaintiff's telephone bill attached hereto as Exhibit A.

9.     Many of the aforesaid telephone calls were made almost simultaneously to both of Plaintiff's telephone numbers and most were made within relatively short periods of time as follows, inter alia:

    a.     Landline phone calls:

        May 2, 2010 (Mother's Day), 6 calls between 8:30 a.m and 1:34 p.m.

        May 5, 2010 - 6 calls beginning at 8:35 a.m. to 6:42 p.m.

        May 6, 2010 - 5 calls beginning at 9:08 a.m. to 5:57 p.m.

        May 7, 2010 - 6 calls beginning at 8:35 a.m to 6:03 p.m.

    b.     Cellphone calls:

        May 5, 2010 - 9 calls beginning at 10:55 a.m. to 6:42 p.m.;

        May 6, 2010 - 8 calls beginning at 9:08 a.m. to 5:58 p.m.

        May 7, 2010 - 10 calls beginning at 8:36 a.m to 6:03 p.m.

10.     In fact, many calls were made to both phones on the same date at the same time as follows, inter alia:

        May 7, 2010 – 11:06 a.m. (one to the landline and two to the cellphone)

        May 7, 2010 – 5:17 p.m. (one to the landline and two to the cellphone)

        May 7, 2010 – 5:39 p.m. (one to the landline and two to the cellphone)

        May 7, 2010 – 6:03 p.m. (one to the landline and two to the cellphone);

11.     The aforesaid telephone calls were made with the intent to annoy, harass and abuse

Plaintiff, who, as a result of the telephone calls suffered anxiety and distress and refused to

answer her phone for fear that it would be Defendant calling her again.

12.     On April 17, 2010, Defendant called Plaintiff and left a voicemail message claiming it

was the Bank of America and wanted to speak to Plaintiff regarding career opportunities.

## V. CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF THE FDCPA
### 15 U.S.C. section 1692, et seq.

13.     Plaintiff incorporates her allegations of paragraphs 1 through 12 as though set forth at

length herein.

14.     Defendant's aforestated actions violated the FDCPA as follows:

(a)     Defendant violated 15 U.S.C. § 1692d(5) by causing the phone to constantly ring

with the intent to annoy, abuse and harass Plaintiff..

(b)     Defendant violated 15 U.S.C. § 1692d(6) by placing telephone calls without

disclosing Defendant's identity.

(c)     Defendant violated 15 U.S.C. § 1692e(10) by using a false representation or

deceptive means to collect a debt.

(d)     Defendant violated 15 U.S.C. § 1692e(11) by engaging in conduct the natural

consequence of which was to harass, oppress, and/or abuse Plaintiff in connection with the

collection of a debt.

(e)     Defendant violated 15 U.S.C. § 1692f by using unfair or unconscionable means to

collect or attempt to collect an alleged debt.

(f)     Defendant violated 15 U.S.C. § 1692c(a)(1) by making telephone calls in an

attempt to collect an alleged debt at a time and place known to be inconvenient.

WHEREFORE, Plaintiff, Susan Harper, prays that judgment be entered against Defendants for the following:

(1)    Actual damages;

(2)    Statutory damages in the amount of $1000.00;

(3)    Reasonable attorney's fees and costs;

(4)    Declaratory judgment that the Defendant's conduct violated

the FDCPA;

(5)    Such other and further relief that the Court deems just and

proper.

## COUNT II - VIOLATIONS OF FCEUA

15.    Plaintiff incorporates her allegations of paragraphs 1 through 14 as though set forth at length herein.

16.    Defendant violated FCEUA, 73 P.S. § 2270.4(a), because any violation of FDCPA by a debt collector, as set forth above, constitutes an unfair or deceptive debt collection act or practice under FCEUA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendant, as follows:

(1)    An Order declaring that Defendant violated the FCEU;

(2)    Actual damages;

(3)    Treble damages;

(4)    Reasonable attorney's fees and costs;

(5)    Such other relief that the Court deems just and proper.

## COUNT III - VIOLATIONS OF UTPCPL

17.    Plaintiff incorporates her allegations of paragraphs 1 through 16 as though set forth at length herein.

18.    Defendant violated UTPCPL, because, pursuant to FCEUA, 73 P.S. § 2270.5(a), any unfair or deceptive debt collection act or practice under FCEUA by a debt collector or credit, as set forth above, constitutes a violation of UTPCPL.

19.    Other unfair or deceptive acts or practices defined as such in 73 P.S. §201-2(4) committed by Defendant include, but are not limited to, the following:

    a.    Defendant engaged in fraudulent or deceptive conduct which would create the likelihood of confusion or of misunderstanding.

20.    Pursuant to UTPCPL, 73 P.S. § 201-3, such acts and practices are unlawful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendant, as follows:

(1)    An Order declaring that Defendant violated the UTCPL;

(2)    Actual damages;

(3)    Treble damages;

(4)    Reasonable attorney's fees and costs;

(5)    Such other relief that the Court deems just and proper.

## COUNT IV
## INVASION OF PRIVACY

21.     Plaintiff incorporates her allegations of paragraphs 1 through 20 as though set forth at length herein.

22.     Defendant intentionally interfered, physically or otherwise, with the solitude, seclusion and/or private concerns or affairs of the Plaintiff by publicly airing private facts concerning the Plaintiff.

23.     Defendant intentionally caused harm to Plaintiff's emotional well being by engaging in highly offensive conduct in the course of collecting a debt, as described herein.

24.     Plaintiff had a reasonable expectation of privacy in Plaintiff's respective solitude, seclusion and/or private concerns or affairs.

25.     The intrusion by Defendant occurred in a way that would be highly offensive to a reasonable person in that position.

26.     As a result of such invasions of privacy, Plaintiff is entitled to actual damages in an amount to be determined at trial from each and every Defendant.

27.     Defendant acted with malice or reckless disregard to Plaintiff's rights and welfare, warranting the imposition of punitive damages against Defendants.

WHEREFORE, Plaintiff, Susan Harper, prays that judgment be entered in her favor against Defendant for actual and punitive damages.

## VI. DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE THAT Plaintiff respectfully demands a trial by jury against Defendant for each cause of action herein.

DATED:

s/ Michael P. Forbes
Michael P. Forbes (PA ID No.  55767)

200 Eagle Road
Suite 220
Wayne, PA  19087
Telephone:  (610) 293-9399
Facsimile:  (610) 293-9388

*Attorney for Plaintiff, Sue Harper*

**EXHIBIT "A"**

GenPact to Home: 4849387687

03-19-10 : 513 878 4964 4:12 pm
            513 878 4961
03-22-10        "                      &8 Am
                "                      652 PM
                                       544 PM
                                       514 PM
                                       1050 AM
                                       912 AM
                                       808 Am

SUN    03/28/10        "               1053 Am    1204 PM
                                       952 Am
                                       844 Am     333 pm
                                       808 Am

Sat    3/27/10        "                1157 Am
                                       1129 Am
                                       948 Am
                                       856 Am
                                       833 Am
                                       807 Am
*New   MON   3/29     513 878-4926     830 am
Phone#!                                1054 am
                                       115 Pm
                                       527 Pm
                                       435 Pm
                                       720 Pm
TUE    3/30           "                602 Pm
                                       548 Pm
                                       510 Pm
                                       126 Pm
                                       1030 Am
                                       823 Am

Record by!
Sue Harper

## Contact Calls

Taken from Phone Handset    (also see Pictures!)
From: 513-878-4926

| | | | |
|---|---|---|---|
| 5/07/10 FRI | 603pm | 5/02/10 | 134 pm |
| | 539 pm | SUNDAY | 100 PM |
| | 517 pm | (Mother's Day!) | 1201 PM |
| | 1106 am | | 958 AM |
| | 924 am | | 857 AM |
| | 835 am | | 830 AM |
| | | | |
| 5/06 THUR | 5:57 PM | 5/01/10 | 238 PM |
| | 534 PM | SAT | 221 PM |
| | 512 PM | | 201 PM |
| | 1054 AM | | 1214 PM |
| | 908 AM | | 1008 AM |
| | | | 849 AM |
| | | | |
| 5/05 WED | 642 PM | 4/30/10 FRI | 608 PM |
| | 621 PM | | |
| | 556 PM | — Phone record stops — | |
| | 523 PM | | |
| | 1054 AM | See Comcast printout | |
| | 835 AM | + add'l handwritten | |
| | | for calls on 04/30/10 | |
| 5/04 TUE | 736 PM | and prior | |
| | 648 PM | | |
| | 548 PM | | |
| | 1029 am | | |
| | 836 am | | |
| | | | |
| 5/03 MON | 621 PM | | |
| | 609 PM | | |
| | 563 PM | | |
| | 517 PM | | |
| | 956 AM | | |
| | 834 AM | | |

| Missed | Cincinnati OH | (513) 878-4926 | Tue 3/30/10 | 8:23 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 3/29/10 | 5:27 PM |
| Missed | ██████████████████ | | Mon 3/29/10 | 3:54 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 3/29/10 | 10:54 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 3/29/10 | 8:30 AM |
| Missed | Cincinnati OH | (513) 878-4961 | Sun 3/28/10 | 3:33 PM |
| Missed | Cincinnati OH | (513) 878-4961 | Sun 3/28/10 | 8:46 AM |
| Missed | Cincinnati OH | (513) 878-4961 | Sat 3/27/10 | 11:29 AM |
| Missed | Cincinnati OH | (513) 878-4961 | Sat 3/27/10 | 8:33 AM |
| Missed | Cincinnati OH | (513) 878-4961 | Sat 3/27/10 | 8:07 AM |
| Missed | Cincinnati OH | (513) 878-4961 | Mon 3/22/10 | 6:50 PM |
| Missed | Cincinnati OH | (513) 878-4961 | Mon 3/22/10 | 5:44 PM |
| Missed | ██████████████████ | | Sat 3/20/10 | 12:30 PM |
| Missed | Cincinnati OH | (513) 878-4901 | Fri 3/19/10 | 4:12 PM |
| Missed | Cincinnati OH | (513) 878-4961 | Tue 3/16/10 | 8:25 AM |

# ⓒ Digital Voice Center

**print view**

**Subscriber:** Sue Harper

**Printed:** Tue May 11, 2010 9:01 AM

Missed Calls for: (484) 938-7687

View by: Missed Calls    Dates: March 12, 2010 to April 11, 2010

| TYPE | FROM | | DATE | |
|------|------|--|------|--|
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/11/10 | 8:28 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/10/10 | 4:53 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/10/10 | 4:32 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/9/10 | 6:13 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/9/10 | 5:41 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/9/10 | 8:06 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/8/10 | 5:05 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/8/10 | 8:08 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/7/10 | 5:08 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/7/10 | 10:15 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/7/10 | 8:33 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/6/10 | 5:22 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/6/10 | 5:07 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/5/10 | 9:24 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/5/10 | 8:14 AM |
| Missed | ████████████████ | | Sat 4/3/10 | 8:21 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/3/10 | 3:45 PM |
| Missed | ████████████████ | | Sat 4/3/10 | 11:53 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/3/10 | 11:25 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/3/10 | 8:31 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/3/10 | 8:08 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/2/10 | 5:55 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/2/10 | 5:09 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/2/10 | 8:37 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/2/10 | 8:07 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/1/10 | 6:33 PM |
| Missed | ████████████████ | | Thu 4/1/10 | 3:42 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/1/10 | 8:09 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 3/31/10 | 9:51 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 3/31/10 | 8:12 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 3/30/10 | 6:02 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 3/30/10 | 5:48 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 3/30/10 | 5:10 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 3/30/10 | 1:20 PM |

| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/13/10 | 8:28 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/12/10 | 6:24 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/12/10 | 5:25 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/12/10 | 9:48 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/11/10 | 10:56 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/11/10 | 10:31 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/11/10 | 10:10 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/11/10 | 9:09 AM |

| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/23/10 | 6:02 PM |
|--------|---------------|----------------|-------------|---------|
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/23/10 | 5:36 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/23/10 | 5:15 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/23/10 | 8:47 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/23/10 | 8:17 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/22/10 | 5:57 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/22/10 | 5:42 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/22/10 | 5:19 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/22/10 | 10:37 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/21/10 | 6:58 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/21/10 | 6:16 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/21/10 | 10:31 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/21/10 | 9:15 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/21/10 | 8:38 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/20/10 | 6:11 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/20/10 | 5:49 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/20/10 | 5:22 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/20/10 | 10:01 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/20/10 | 9:04 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/19/10 | 7:03 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Mon 4/19/10 | 5:51 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/18/10 | 5:08 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Sun 4/18/10 | 11:26 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/17/10 | 3:01 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/17/10 | 2:39 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/17/10 | 11:13 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Sat 4/17/10 | 8:34 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/16/10 | 5:16 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/16/10 | 11:12 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Fri 4/16/10 | 8:29 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/15/10 | 5:25 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/15/10 | 11:05 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/15/10 | 9:36 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Thu 4/15/10 | 8:33 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/14/10 | 7:34 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Wed 4/14/10 | 9:38 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/13/10 | 7:46 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/13/10 | 5:47 PM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/13/10 | 9:46 AM |
| Missed | Cincinnati OH | (513) 878-4926 | Tue 4/13/10 | 8:42 AM |

# ⓒ Digital Voice Center

### print view

**Subscriber:** Sue Harper

**Printed:** Tue May 11, 2010 9:00 AM

Missed Calls for: (484) 938-7687

View by: Missed Calls    Dates: April 11, 2010 to May 11, 2010

| TYPE | FROM | DATE | |
|------|------|------|--|
| Missed | Cell Phone PA | Mon 5/10/10 | 3:44 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 6:03 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 6:03 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 5:39 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 5:39 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 5:17 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 5:17 PM |
| Missed |  | Fri 5/7/10 | 4:34 PM |
| Missed |  | Fri 5/7/10 | 12:14 PM |
| Missed |  | Fri 5/7/10 | 12:14 PM |
| Missed |  | Fri 5/7/10 | 12:13 PM |
| Missed |  | Fri 5/7/10 | 12:13 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 11:06 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 11:06 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 9:25 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Fri 5/7/10 | 8:36 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 5:58 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 5:35 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 5:12 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 5:12 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 10:54 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 10:54 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 9:08 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Thu 5/6/10 | 9:08 AM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 6:42 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 6:42 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 6:21 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 6:21 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 5:56 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 5:56 PM |
| Missed |  |  |  |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 5:24 PM |
| Missed | Cincinnati OH   (513) 878-4926 | Wed 5/5/10 | 10:55 AM |
| Missed |  | Wed 5/5/10 | 10:54 AM |